Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Bruce Rolph

**UNITED STATES DISTRICT COURT,
DISTRICT OF ARIZONA**

| Bruce Rolph, | ) | Case No.: |
|---|---|---|
| Plaintiff, | ) ) | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | ) ) | **(Unlawful Debt Collection Practices)** |
| NCO Financial Systems, Inc., | ) ) | |
| Defendant. | ) ) | |

**PLAINTIFF'S COMPLAINT**

Bruce Rolph (Plaintiff), through his attorneys, Krohn & Moss, Ltd., alleges the following against NCO Financial Systems, Inc. (Defendant):

**INTRODUCTION**

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant conducts business in the state of Arizona, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

## PARTIES

5. Plaintiff is a natural person residing in Mesa, Maricopa County, Arizona.

6. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

7. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

8. Defendant is a collection agency and conducts business in Arizona.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Since the middle of April, Defendant placed collection calls from blocked numbers to Plaintiff's unlisted cell phone number once almost every day for three straight weeks.

11. Defendant places collection calls and does not leave voicemail messages or leaves automated voicemail messages.

12. Because Plaintiff did not receive calls from blocked or unknown callers, he attempted to answer the calls that came in from blocked numbers, but an automated message played.

13. Every time that Plaintiff answered the blocked calls, a recorded automated message played stating that a call should be placed to Mrs. Ogel at 866-376-1967.

14. During these calls, Plaintiff was unable to speak with a representative.

15. When Plaintiff did not answer the blocked calls, no voicemail messages were left.

16. Plaintiff received a majority of these calls when he was out driving so he was unable to respond or write information down.

17. Plaintiff's cell phone usage plan was exceeded during the time period of Defendant's phone calls.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

18. Defendant violated the FDCPA based on the following:

    a. Defendant violated *§1692d* of the FDCPA by engaging in conduct the natural consequence of this is to harass, abuse, and oppress the Plaintiff.

    b. Defendant violated *§1692d(5)* of the FDCPA when Defendant caused Plaintiff's telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, Bruce Rolph, respectfully requests judgment be entered against Defendant, NCO Financial Systems, Inc., for the following:

19. Statutory damages of $1000.00 pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

20. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

21. Any other relief that this Honorable Court deems appropriate.

## **DEMAND FOR JURY TRIAL**

Plaintiff, Bruce Rolph, demands a jury trial in this cause of action.

RESPECTFULLY SUBMITTED,

DATED:  August 12, 2010          KROHN & MOSS, LTD.


By: /s/ Ryan Lee

   Ryan Lee
   Attorney for Plaintiff

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ARIZONA

Plaintiff, BRUCE ROLPH, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, BRUCE ROLPH, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: 8/6/2010

BRUCE ROLPH