James L. Blair, #016125
Randy L. Kingery, #022913
**RENAUD COOK DRURY MESAROS, PA**
One North Central, Suite 900
Phoenix, Arizona 85004-4417
Telephone: (602) 307-9900
Facsimile: (602) 307-5853
E-mail:  docket@rcdmlaw.com
         jblair@rcdmlaw.com
         rkingery@rcdmlaw.com

*Attorneys for Defendant NCO Financial Systems, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bruce Rolph,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>　　　　　Defendant. | No. CV10-1709-PHX-GMS<br><br>**JOINT STIPULATION AND MOTION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>*(Assigned to the Honorable G. Murray Snow)* |

　　　　Defendant NCO Financial Systems, Inc., and Plaintiff Bruce Rolph, through their designated counsel of record, hereby stipulate and agree that the above-captioned action be dismissed with prejudice pursuant to FRCP 41(a)(1), and jointly move this court for an order of dismissal with prejudice.

　　　　This stipulation and joint motion for dismissal with prejudice is based on the fact that the parties have resolved this action in its entirety. As part of said resolution, the parties agree to dismiss this action, in its entirety, with prejudice. The parties request that the court retain jurisdiction for purposes of enforcement of the settlement.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**RESPECTFULLY SUBMITTED** this 26th day of May, 2011.

**KROHN & MOSS, LTD.**

By: /s/Ryan Lee
  Ryan Lee
  10474 Santa Monica Blvd., Suite 401
  Los Angeles, CA 90025
  *Attorneys for Plaintiff, Bruce Rolph*


**RENAUD COOK DRURY MESAROS, PA**

By: /s/Randy L. Kingery
  James L. Blair
  Randy L. Kingery
  One North Central, Suite 900
  Phoenix, Arizona 85004-4417
  *Attorneys for Defendant NCO*
   *Financial Systems, Inc.*

LAW OFFICES
ERROR! MAIN DOCUMENT ONLY.RENAUD COOK DRURY MESAROS
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004

# CERTIFICATE OF SERVICE

I hereby certify that on the _____26th____ day of May, 2011, I electronically transmitted the attached document to the Clerk's Office using the CM/ECM System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Honorable G. Murray Snow
**UNITED STATES DISTRICT COURT**
Sandra Day O'Connor
U.S. Courthouse, Suite 622
401 W. Washington Street, SPC 80
Phoenix, AZ  85003-2156

Ryan S. Lee, Esq.
**KROHN & MOSS, LTD.**
10474 Santa Monica Blvd.
Suite 401
Los Angeles, CA  90025
*Attorney for Plaintiff*


/s/Richard Carr_____

LAW OFFICES
**ERROR! MAIN DOCUMENT ONLY.RENAUD COOK DRURY MESAROS**
ONE NORTH CENTRAL
SUITE 900
PHOENIX, AZ 85004

(Page 3, CV10-1709-PHX-GMS)    2478-0046    665468_1.DOC