**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Bruce Rolph,<br><br>               Plaintiff,<br><br>v.<br><br>NCO Financial Systems, Inc.,<br><br>               Defendant. | No. CV-10-1709-PHX-GMS<br><br>        **ORDER** |

Pursuant to the Joint Stipulation and Motion to Dismiss Entire Action With Prejudice (Doc. 21), and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this action with prejudice.

Dated this 26th day of May, 2011.

_A. Murray Snow_
/G. Murray Snow
United States District Judge